# United States Bankruptcy Court
## Eastern District of Louisiana

In re:

RAYMOND C NOAH JR

1849 BRUTUS ST
NEW ORLEANS LA 70122

Chapter 13

Case #01-12136

**DOCKETED** APR 30 2001
WARREN A. CUNTZ, JR., CLERK
UNITED STATES BANKRUPTCY COURT
NEW ORLEANS, LA.

---

### ORDER DISMISSING CASE

---

Pursuant to a hearing held today on the Trustee's motion to dismiss this case,

*It is ordered* that this case be and it hereby is DISMISSED.

　　WITH PREJUDICE 109(g)

New Orleans, Louisiana, April 24, 2001.

　　　　　　　　　　　　　　　　*T. M. Brahney, III*
　　　　　　　　　　　　　　　　T. M. Brahney, III
　　　　　　　　　　　　　　　　U. S. Bankruptcy Judge

Attorney for Debtor:

PRO SE

　　00000

